

# Fourth Court of Appeals
## San Antonio, Texas

April 11, 2018

No. 04-17-00579-CV

Lee **ROBIN**,
Appellant

v.

**M & T BANK CORPORATION**,
Appellee

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CI19825
Honorable Laura Salinas, Judge Presiding

## O R D E R

After this court granted appellant's first motion for extension of time to file his brief, the brief was due April 9, 2018. On April 6, 2018, appellant filed a second motion for extension of time, asking for an additional thirty days in which to file his brief. After review, we **GRANT** appellant's motion and **ORDER** him to file his brief in this court **on or before May 9, 2018**. **We note that appellant failed to include a certificate of conference in his motion. We advise appellant that all future filings should include a certificate of conference as mandated by Rule 10.1(a)(5).** *See* **Tex. R. App. P. 10.1(a)(5) (stating that in civil cases, except for motions for rehearing and en banc reconsideration, motion must contain or be accompanied by certificate stating that filing party conferred, or made reasonable attempt to confer, with all other parties about merits of motion and whether those parties oppose motion).**

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of April, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court